**Order entered October 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01013-CV

**ISIDRO ROSAS AND MARIA MARTINEZ, Appellants**

**V.**

**CHIH TING WANG, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03072-D**

## ORDER

In accordance with the Court's September 19 and September 25, 2018 directives, appellants have filed written verification they have paid the fee for preparation of the clerk's record and have requested preparation of the reporter's record. And on October 4, 2018, court reporter Coral L. Wahlen filed a request for additional time to file the reporter's record, stating that full payment was received. Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file the clerk's record no later than October 15, 2018. We further **GRANT** court reporter Coral L. Wahlen's request and **ORDER** the reporter's record filed no later than October 25, 2018.

We **DENY** appellee's September 19, 2018 motion to dismiss appeal.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren, Ms. Wahlen, and the parties.

/s/    DAVID EVANS
       JUSTICE